394 A.2d 623

Kuhar v. Richardson et ux., Appellants.

612

Argued June 15, 1978. R. Cecchini, with him Ernest D. Preate, Jr., for appellants; Zygmunt Bialkowski, Jr., for appellee.

Decree affirmed.